```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-05-553 WBS |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| JAMES RAY GARNER, ) | |
| Defendant. ) | |

Based upon the guilty plea entered by defendant James Ray Garner, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   HP Pavilion XT938 computer, serial no. MX14029516; and

    b.   14 CD-R discs.

2. The above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from violations of 18 U.S.C. § 2252 or was used or intended to be used to

1

1  commit or to promote the commission of violations of 18 U.S.C. §
2  2252.
3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-described property.
5  The aforementioned property shall be seized and held by the United
6  States Marshals Service, in its secure custody and control.
7       4.   a.   Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
8  83-171, the United States forthwith shall publish at least once for
9  three successive weeks in the <u>Daily Republic</u> (Solano County), a
10 newspaper of general circulation located in the county in which the
11 above-described property was seized, notice of this Order, notice of
12 the Attorney General's and/or Secretary of Treasury's (or a
13 designee's) intent to dispose of the property in such manner as the
14 Attorney General and/or the Secretary of Treasury may direct, and
15 notice that any person, other than the defendant, having or claiming
16 a legal interest in the above-listed forfeited property must file a
17 petition with the Court within thirty (30) days of the final
18 publication of the notice or of receipt of actual notice, whichever
19 is earlier.
20           b.   This notice shall state that the petition shall be for
21 a hearing to adjudicate the validity of the petitioner's alleged
22 interest in the property, shall be signed by the petitioner under
23 penalty of perjury, and shall set forth the nature and extent of the
24 petitioner's right, title or interest in the forfeited property and
25 any additional facts supporting the petitioner's claim and the
26 relief sought.
27           c.   The United States may also, to the extent practicable,
28 provide direct written notice to any person known to have alleged an

interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 23rd day of May, 2006.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3