McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2709

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-05-553 WBS |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES RAY GARNER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on May 25, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant James Ray Garner forfeiting to the United States the following property:

      a.   HP Pavilion XT938 computer, serial no. MX14029516; and

      b.   14 CD-R discs.

AND WHEREAS, on June 9, 16, and 23, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Republic</u> (Solano County), a newspaper of general circulation located in the county in which the subject

1

1 property was seized.  Said published notice advised all third
2 parties of their right to petition the court within thirty (30) days
3 of the publication date for a hearing to adjudicate the validity of
4 their alleged legal interest in the forfeited property;
5     AND WHEREAS, the Court has been advised that no third party has
6 filed a claim to the subject property, and the time for any person
7 or entity to file a claim has expired.
8     Accordingly, it is hereby ORDERED and ADJUDGED:
9     1.  A Final Order of Forfeiture shall be entered forfeiting to
10 the United States of America all right, title, and interest in the
11 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
12 of according to law, including all right, title, and interest of
13 James Ray Garner.
14     2.  All right, title, and interest in the above-described
15 property shall vest solely in the name of the United States of
16 America.
17     3.  The United States shall maintain custody of and control
18 over the subject property until it is disposed of according to law.
19     SO ORDERED THIS 29th day of August, 2006.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE